*E-Filed 9/6/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIU K FA AND TOLIFILI FA, | No. C 11-04024 RS |
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendant. / | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 9/6/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE