**United States District Court**
For the Northern District of California

*E-Filed   9/6/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATIU K FA AND TOLIFILI FA,                   No. C 11-04024 RS

        Plaintiff,

  v.                                          **RECUSAL ORDER**

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

        Defendant.

_____/

    I hereby recuse myself from hearing or determining any matters which have been
referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign
the referred matters in this case to another District Judge.

    **IT IS SO ORDERED.**

Dated: 9/6/11

                                       _____
                                       RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE