IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIU K. FA and TOLIFILI FA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for LONG BEACH MORTGAGE LOAN TRUST 2006-8 ASSET-BACKED CERTIFICATES, SERIES 2006-8; JPMORGAN CHASE BANK NATIONAL ASSOCIATION, successor in interest to WASHINGTON MUTUAL BANK; ALL PERSONS CLAIMING BY, THROUGH, OR UNDER SUCH PERSON, OR PERSONS, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN REAL PROPERTY DESCRIBED IN THIS COMPLAINT AS "1635 WOLFE DRIVE SAN MATEO, CA 94402," ADVERSE TO THE PLAINTIFFS' TITLE THERETO, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO and DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants.<br>_____/ | No. C 11-4024 CW<br><br>ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

    On August 24, 2011, Defendants Deutsche Bank National Trust Company, as trustee for Long Beach Mortgage Loan Trust 2006-8 Asset-Backed Certificates, Series 2006-8, and JPMorgan Chase Bank, N.A. moved to dismiss Plaintiffs' complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).  After this case was reassigned to the undersigned, Defendants renoticed the motion to dismiss for hearing on October 20, 2011.  Plaintiffs have not opposed the motion.  Civil Local Rule 7-3 requires the filing of an opposition to a motion not more than fourteen days after the motion is filed

and served.  The parties are scheduled for an ADR phone conference on October 11, 2011.  In the event that the parties do not reach a settlement at the ADR phone conference, Plaintiffs shall file their opposition to the motion to dismiss on or before October 25, 2011, or face dismissal of their complaint for failure to prosecute.  Defendants may reply seven days thereafter.  The motion will be decided on the papers.  The October 20, 2011 hearing is vacated.  The parties are to appear for a Case Management Conference on December 6, 2011.  A joint case management statement is due seven days prior to the Case Management Conference.

   IT IS SO ORDERED.

Dated:  10/5/2011

_____
CLAUDIA WILKEN
United States District Judge

2