IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIU K. FA and TOLIFILI FA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for LONG BEACH MORTGAGE LOAN TRUST 2006-8 ASSET-BACKED CERTIFICATES, SERIES 2006-8; JPMORGAN CHASE BANK NATIONAL ASSOCIATION, successor in interest to WASHINGTON MUTUAL BANK; ALL PERSONS CLAIMING BY, THROUGH, OR UNDER SUCH PERSON, OR PERSONS, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN REAL PROPERTY DESCRIBED IN THIS COMPLAINT AS "1635 WOLFE DRIVE SAN MATEO, CA 94402," ADVERSE TO THE PLAINTIFFS' TITLE THERETO, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO and DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | No. C 11-4024 CW<br><br>ORDER DISMISSING PLAINTIFFS' ACTION FOR FAILURE TO PROSECUTE |

    On August 24, 2011, Defendants Deutsche Bank National Trust Company, as trustee for Long Beach Mortgage Loan Trust 2006-8 Asset-Backed Certificates, Series 2006-8, and JPMorgan Chase Bank, N.A. moved to dismiss Plaintiffs' complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).  After Plaintiffs missed the initial deadline to oppose the motion, the Court ordered Plaintiffs to file their opposition to the motion to dismiss on or before October 25, 2011, or face dismissal of their complaint for failure to prosecute.  Plaintiffs have failed to comply with the

1  Court's order.  Therefore, the action is dismissed for failure to
2  prosecute.
3          IT IS SO ORDERED.

5  Dated: 10/31/2011                    _____
                                        CLAUDIA WILKEN
                                        United States District Judge